**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | | |
|---|---|---|
| VERNON LEE, | | |
| | Plaintiff, | 2:12-cv-02133-MMD-CWH |
| vs. | | **MINUTE ORDER** |
| LAS VEGAS PAVING CORP., | | |
| | Defendant. | |

Before the Court is *Vernon Lee v. Las Vegas Paving Corp.*, case no. 2:12-cv-02133-MMD-CWH.

On August 23, 2013, the Court entered the Order Scheduling Early Neutral Evaluation Session (#14). The ENE was scheduled for October 4, 2013 and the evaluation statements were due on September 4, 2013. There was a typo on the evaluation statement due date.

Accordingly,

IT IS HEREBY ORDERED that the evaluation statements are due on or before 4:00 p.m., September 27, 2013. All else as stated on the Order (#14) remains the same.

DATED this 26th day of August, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE