Gwen Rutar Mullins, Esq.
Nevada Bar No. 3164
Wade B. Gochnour, Esq.
Nevada Bar No. 6314
Thomas W. Davis, II, Esq.
Nevada Bar No. 2531
**HOWARD & HOWARD ATTORNEYS PLLC**
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
E-Mail Address: grm@h2law.com
    wbg@h2law.com
    twd@h2law.com
*Attorneys for Las Vegas Paving Corporation*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| VERNON LEE, | Case No.: 2:12-cv-02133-APG-CWH |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL OF CASE WITH PREJUDICE** |
| vs. | |
| LAS VEGAS PAVING CORP. | |
| Defendant. | |

Plaintiff, VERNON LEE ("Lee"), by and through his counsel of record, Ruth L. Cohen, Esq. of the law firm of COHEN & PADDA, LLC and Defendant LAS VEGAS PAVING CORPORATION ("LVPC"), by and through its counsel of record, Gwen Rutar Mullins, Esq., Wade B. Gochnour, Esq. and Thomas W. Davis, II, Esq. of the law firm HOWARD & HOWARD ATTORNEYS PLLC, HEREBY STIPULATE AND AGREE that the above-referenced action and all claims, counterclaims or other causes of action that are, or could have been asserted herein by Lee against LVPC be dismissed with prejudice.

IT IS FURTHER STIPULATED AND AGREED that each party bears its own attorneys' fees and costs associated with this action.

2447128-v1

1 of 2

IT IS FURTHER STIPULATED AND AGREED that to date no Order setting civil trial has been issued.

IT IS FURTHER STIPULATED AND AGREED that an Order approving this Stipulation may be entered.

DATED this 9th day of December 2013.

| COHEN & PADDA, LLC | HOWARD & HOWARD ATTORNEYS PLLC |
|---|---|
| By: /s/ Ruth L. Cohen | By: /s/ |
| Ruth L. Cohen, Esq. | Gwen Rutar Mullins, Esq. |
| Nevada Bar No. 1782 | Nevada Bar No. 3164 |
| 4240 W. Flamingo Road, Ste. 200 | Wade B. Gochnour, Esq. |
| Las Vegas, Nevada 89103 | Nevada Bar No. 6314 |
| *Attorney for Plaintiff* | Thomas W. Davis, II, Esq. |
| *VERNON LEE* | Nevada Bar No. 2531 |
| | 3800 Howard Hughes Pkwy., Ste. 1000 |
| | Las Vegas, NV 89169 |
| | *Attorneys for Defendant LAS VEGAS PAVING CORPORATION* |

## ORDER

Pursuant to the Stipulation entered above,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-referenced action and all claims, counterclaims or other causes of action that are, or could have been asserted herein by Lee against LVPC, be and hereby are dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that each party bears its own attorneys' fees and costs associated with this action.

Dated this 3rd day of January 2014.

_____
U.S. DISTRICT COURT JUDGE

2447128-v1